## Wienandt Estate

*M. Paul Smith*, for accountant.

HOLLAND, P. J., March 19, 1952.—The first and final account of Julia M. Wienandt, executrix, was examined and audited by the court on March 5, 1952.

The account shows a balance for distribution of $1,785.40, composed of accounts receivable $1, and cash.

The following claims were presented to the accountant and admitted to be due and owing: . . .

These claims total $6,266.08, so that the balance for distribution is grossly insufficient to pay them in full. They must abate proportionately. . . .

The estate is insolvent and there is no transfer inheritance tax due the Commonwealth.

The accountant has taken credit for payment of funeral expenses in the sum of $558. In an insolvent estate $300 is the maximum allowed by this court for funeral expenses so that the accountant is surcharged in the sum of $258.

An innovation is found in section 622(4) of the Fiduciaries Act of April 18, 1949, P. L. 512, making "the cost of a gravemarker" a preferred claim against insolvent estates in the order of preference in said section provided. It is mandatory upon the court, therefore, to establish the fair and reasonable amount

allowable for this purpose. In the exercise of this discretion, this court fixes the sum of $50 as the maximum amount allowed as a preference.

The accountant has taken credit for $129 for a gravemarker. She is accordingly surcharged with $79.